**Opinion filed July 14, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00080-CR
_____

### JOSEPH ANTHONY DURAN, Appellant
### V.
### STATE OF TEXAS, Appellee

**On Appeal from the 132nd District Court**
**Borden County, Texas**
**Trial Court Cause No. 206**

### M E M O R A N D U M   O P I N I O N

Joseph Anthony Duran has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.


July 14, 2011                                                             PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

_____

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.